# NO. 12-24-00176-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *GENEROSO POLENDEY TACLIBON,* *APPELLANT* | § | *APPEAL FROM THE 52ND* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *CORYELL COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant, Generoso Polendey Taclibon, filed a motion to withdraw this appeal. The motion is signed by Appellant and his counsel.[1]  *See* TEX. R. APP. P. 42.2(a); TEX. R. APP. P. 9.1(c). No decision has been delivered in the appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered May 31, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)

---

[1] This case was transferred to this Court from the Tenth Court of Appeals in Waco, Texas, pursuant to a docket equalization order. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 31, 2024**

**NO. 12-24-00176-CR**

**GENEROSO POLENDEY TACLIBON,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 52nd District Court

of Coryell County, Texas (Tr.Ct.No. 23-27869)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*